IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOBBY RUTH, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK USA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 1:22-CV-00996-RP |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE:

COME NOW, both Plaintiff Bobby Ruth, Jr. ("Plaintiff"), and Defendants Capital One Bank, USA, N.A. and Experian Information Solutions, Inc. ("Defendants"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action without prejudice.

1. There are no longer any issues in this matter between Plaintiff and Defendants to be determined by this Court.

2. Plaintiff and Defendants hereby stipulate that all claims and causes of action that were or could have been asserted against Defendants are hereby dismissed without prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

3. Defendants agree to the dismissal.

1

4. This case is not a class action and a receiver has not been appointed.

5. Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed without prejudice upon filing of this joint stipulation.

Date: December 21, 2022                               **JAFFER & ASSOCIATES, PLLC**

                Respectfully submitted,

                /s/ *Phillip Pool*
                Phillip Pool
                Texas Bar No. 24086466
                5757 Alpha Rd., Suite 580
                Dallas, Texas 75240
                Phone: 214-494-1871
                Fax: 469- 669-0786
                E-mail: attorneys@jaffer.law
                **ATTORNEYS FOR PLAINTIFF**

                /s/ *David H. Herrold*_____
                David H. Herrold
                State Bar No. 24107029
                Burke Bogdanowicz PLLC.
                1201 Elm Street, Suite 4000
                Dallas, Texas 75270
                214-473-5985
                Dherrold@burkebog.com
                ATTORNEY FOR DEFENDANT CAPITAL ONE BANK, USA, N.A.

                By: /s/ *Trevor J. Deason*
                **Trevor J. Deason**, TX Bar No. 24096366
                tdeason@jonesday.com
                **Alison E. Ibendahl**, TX Bar No. 24120916
                aibendahl@jonesday.com
                JONES DAY
                717 Texas, Suite 3300
                Houston, TX 77002
                Telephone: 832-239-3939
                Facsimile: 832-239-3600

                *Attorneys for Defendant*
                *Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.

*/s/ Phillip Pool*
Phillip Pool